ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Strobe Data, Inc. ) | ASBCA No. 60607 |
| ) | |
| Under Contract No. FA8224-10-C-0028 ) | |

APPEARANCE FOR THE APPELLANT:          Stowell B. Holcomb, Esq.
                                       Jackson Rosenfield LLP
                                       Seattle, WA

APPEARANCES FOR THE GOVERNMENT:        Jeffrey P. Hildebrant, Esq.
                                         Air Force Deputy Chief Trial Attorney
                                       Phillip E. Reiman, Esq.
                                       Lt Col Nathanial H. Sears, USAF
                                       Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 15 June 2017

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60607, Appeal of Strobe Data, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals